UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                              )
                                                    )
HARRACK, PATRICK HARIMMAN, SR.                      )    Case #: 6:10-bk-22501-KSJ
HARRACK, JULIET MARINE                              )    Chapter 7
                                                    )
_____Debtors_____                           )

TRUSTEE'S SECOND AMENDED NOTICE OF INTENT TO SELL

TO: Creditors, Debtors and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| Lot located at 1898 Jayhawk NW Ct, Palm Bay FL | $5,000.00 | $4,000.00 |
| Lot located at 397 Cherry Tree Circle NW, Palm Bay, FL | $5,000.00 | $4,000.00 |
| 1102 Johnston Rd, Palm Bay, FL | $5,000.00 | $4,000.00 |
| Lot located at Terkam Rd & Garvin Lake Dr, Palm Bay, FL | $4,660.00 | $4,000.00 |
| **Totals** | **$19,660.00** | **$16,000.00** |

2. Method of Sale: The Property will be sold to a private party on or after November 18, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

> Bassam F. Ouaida or assigns
> 148 New Lakeshore Rd, Box 122
> Dunnville, ON, Canada N1A 2X1

3. <u>Property Information</u>: The debtors valued the Property on Schedule B of the bankruptcy petition dated December 22, 2010 at $19,660.00. The property has been not been appraised as an appraisal would be burdensome to the estate.

4. <u>Terms of the Sale</u>: The selling price to the Private Party is $16,000.00. The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>: 2010 and 2011 taxes due to Brevard County Tax Collector will be paid at the time of closing by the Estate.

The Trustee has noted all liens of which he has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated: October 28, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
Office: (407) 425-7010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this October 28, 2011.

                                                  /s/ Richard B. Webber II, Trustee
                                                  Richard B. Webber II, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-22501-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Oct 28 09:03:50 EDT 2011 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Coastal Bank<br>Wolff, Hill, McFarlin & Herron PA<br>Jeanne A Kraft<br>1851 W Colonial Drive<br>Orlando, FL 32804-7013 |
| Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Juliet Marine Harrack<br>1126 Glancy Ave. NW<br>Palm Bay, FL 32907-7968 |
| Patrick Harimman Harrack Sr.<br>1126 Glancy Ave<br>Palm Bay, FL 32907-7968 | William Paul Henderson II<br>Coldwell Banker Residential Real Estate<br>400 Park Avenue South<br>Winter Park, FL 32789-4352 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| SunTrust Bank<br>c/o Lefkoff, Rubin, Gleason & Russo P.C.<br>5555 Glenridge Connector<br>Suite 900<br>Atlanta, GA 30342-4762 | Wells Fargo Equipment Finance, Inc.<br>Ronald M. Emanuel, P.A.<br>8751 West Broward Blvd., Suite 100<br>Plantation, FL 33324-2630 | Bank of America<br>P.O. Box 26012<br>Greensboro, NA 27420-6012 |
| Brevard County Tax Collector<br>Attn: Rod Northcutt<br>Post Office Box 2500<br>Titusville FL 32781-2500 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Cardmember Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase- Bp<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144-5897 |
| Citi Financial<br>300 Saint Paul Place<br>Baltimore, MD 21202-2120 | Citi-bp Oil<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citicorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 |
| Citifinancial Retail S<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Coastal Bank<br>2105 N Courtenay Pkwy<br>Merritt Island, FL 32953-4237 | Coastal Bank<br>2105 N. Courtnay Parkway<br>Merritt Island, FL 32953-4237 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Card<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197-6103 |
| FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Harrack Trucking<br>367 Williams Poing Blvd<br>Cocoa FL 32927-4801 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kubota Credit Corporat<br>1025 Northbrook Pkwy<br>Suwanee, GA 30024-2967 | Lease Corporation of America<br>3150 Livernois Ste 300<br>Troy MI 48083-5000 |
| Lease Corporation of America<br>P.O. Box 965<br>Troy, MI 48099-0965 | Lease Corporation of America<br>c/o Stillman Law Office<br>7091 Orchard Lake Road<br>Suite 270<br>West Bloomfield, MI 48322-3667 | Lisa Cullen, CFC<br>Brevard County Tax Collector<br>P.O. Box 2500<br>Titusville, FL 32781-2500 |
| M J Altman Companies I<br>112 E Fort King St<br>Ocala, FL 34471-2123 | MJ ALTMAN COMPANIES INC,<br>112 E FORT KING ST<br>OCALA, FL 34471-2123 | Mercedes -Benz Financial<br>P.O. Box 9001680<br>Louisville, KY 40290-1680 |
| National City/PNC<br>6750 Miller Road<br>Brecksville, OH 44141-3262 | Pcs<br>Po Box 538092<br>Orlando, FL 32853-8092 | Premier American Bank NA<br>Wolff Hill McFarlin & Herron PA<br>c/o Jeanne A Kraft Esq<br>1851 W Colonial Dr<br>Orlando FL 32804-7013 |
| Premier American Bank, N.A.<br>as successor in interest to Coastal Bank<br>1701 N. Atlantic Ave.<br>Cocoa Beach, FL 32931-3226 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Regions Bank<br>P.O. Box 216<br>Birmington, AL 35201-0216 |
| Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 | Ronald Emanuel, P.A.<br>8751 West Broward Blvd.<br>Suite 100<br>Fort Lauderdale, FL 33324-2630 | Royal Holiday Club<br>Time Share Acquisitions LLC<br>4215 Tierra Rejada Road<br>Suite 102<br>Moorpark, CA 93021-3772 |
| Sears Credit<br>8725 W. Sahara Ave.<br>The Lakes, NV 89163-0001 | Space Coast Credit<br>8045 N. Wickham Rd<br>Melbourne, FL 32940-7920 | Space Coast Credit Uni<br>8045 N Wickham Road<br>Melbourne, FL 32940-7920 |
| Sst/cigpficorp<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | Suntrust Bank<br>P.O. Box 4986<br>Orlando, FL 32802-4986 |
| TCF Equipment Finance<br>11100 Wayzata Blvd Ste 801<br>Minnetonka MN 55305-5517 | WFNNB- Kane Furniture<br>P.O. Box 659704<br>San Antonio, TX 78265-9704 | Wells Fargo Equipment<br>1540 W. Fountainhead Pkwy<br>Tempe, AZ 85282-1839 |
| Wells Fargo Equipment Finance, Inc.<br>c/o Ronald M. Emanuel, P.A.<br>8751 West Broward Blvd., Suite 100<br>Plantation, FL 33324-2630 | Ronald M Emanuel +<br>Ronald M Emanuel PA<br>8751 West Broward Blvd, Suite 100<br>Plantation, FL 33324-2630 | Jeanne A Kraft +<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 |

| | | |
|---|---|---|
| United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | GE Money Bank +<br>Attn: Ramesh Singh<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Gilbert Barnett Weisman +<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |
| Adam S Russo +<br>Lefkoff Rubin & Gleason PC<br>555 Glenridge Connector<br>Suite 900<br>Atlanta, GA 30346 | D Scott Baker +<br>Zimmerman Kiser Sutcliffe<br>P O Box 3000<br>Orlando, FL 32802-3000 | J Christopher Crowder +<br>Faro & Crowder PA<br>503 N Orlando Avenue<br>Suite 106<br>Cocoa Beach, FL 32931-3171 |
| Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (d)American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | (d)American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| (d)Lease Corporation of America<br>PO Box 965<br>Troy, MI 48099-0965 | End of Label Matrix<br>Mailable recipients   66<br>Bypassed recipients    4<br>Total                 70 | |